Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JEREMIAH SHANE FARMER

DEC 3 0 2022

U.S. DISTRICT COURT
ELKINS WV 26241

*Your full name*

**FEDERAL TORT CLAIMS ACT
COMPLAINT**

v.

Civil Action No.: **5:22cv320**
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Prince

UNITED STATES OF AMERICA

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Jeremiah Shane Farmer    Inmate No.: 16931-027
Address: U.S. Penitentiary -ADMAX, P.O. Box 8500, Florence, CO. 81226

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: ADX

A.    Is this where the events concerning your complaint took place?
□ Yes    ☑ No

1 of 29

Attachment A

If you answered "NO," where did the events occur?

_U.S. Penitentiary Hazelton_

IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☑ Yes      ☐ No

B.   If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _Jeremiah Farmer_
Defendant(s): _BOP Director, et.al._

2.   Court: _U.S. District Court - Elkins WV._
        (If federal court, name the district; if state court, name the county)

3.   Case Number: _3:21-cv-147_

4.   Basic Claim Made/Issues Raised: _Cruel and Unusual Punishment and Equal Protection and excessive Force_

5.   Name of Judge(s) to whom case was assigned: _Gina Groh_

6.   Disposition: _Dismissed without prejudice_
        (For example, was the case dismissed?  Appealed?  Pending?)                    _Approx. June—Aug;_

7.   Approximate date of filing lawsuit: _August of 2021_

Attachment A

8.    Approximate date of disposition. Attach copies: _March of 2022_

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _The relief was sought administratively through the Regional office, but the relief was denied_

E.    Did you exhaust **ALL** available administrative remedies?
☑ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. _Relief was sought administratively through the Regional Office, who recently denied the relief sought._

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _Jeremiah Farmer_

Defendant(s): _BOP Director, et. al._

Attachment A

2. Name and location of court and case number: U.S. District
Court - Elkins WV. ; Case No. 3:21-cv-147

3. Grounds for dismissal:    □ frivolous    □ malicious
□ failure to state a claim upon which relief may be granted
☒ other - filing fee deadline missed due to prison officials mail fraud,

4. Approximate date of filing lawsuit: August of 2021

5. Approximate date of disposition: 2022

## V. ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A. Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☒ Yes        □ No

B. If your answer is "YES," answer the questions below:

1. Identify the type of written claim you filed: Assault, battery, negligence, IIED, gross negligence,

2. Date your claim was filed: Unknown

3. Amount of monetary damages you requested in your claim:
$5,000,000

4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I. Date of the written acknowledgment: 9-19-2022
ii. Claim Number assigned to your claim: ~~TRT-MXR-2022-05569~~
~~TRT-MXR-2022-05569~~
TRT-MXR-2022-05569

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    □ Yes    ☒ No   N/A

**Attachment A**

D.   If your answer is "YES," answer the questions below:

    1.   Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____

_____

_____

    2.   Identify the type of written claim(s) you filed: _____

_____

    3.   Date your claim(s) were filed: _____

    4.   Amount of monetary damages you requested in your claim(s):

_____

    5.   If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.   Date of the written Acknowledgment: _____

        ii.   Claim Number assigned to your claim: _____

E.   If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☒ Yes    ☐ No

    1.   If you answered "YES," state the:

        I.   Date you requested reconsideration: _Sept 19, 2022_ _unknown_

        ii.   Date the agency acknowledged receipt of your request for reconsideration: _September 19, 2022_

_Reason Administrative claim number: TRT-MXR-2022-05569 Regional. And DOJ Dept of Justice investigation Division_

Attachment A

## VI.   STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the facts of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Assault and Battery, Intentional infliction of emotional, Mental, pyschological, physical distress; Farmer suffered mental and physical injuries, & carnal knowledge sexual assault

Supporting Facts: (1) On 6-6-2021 at around 8:00am, Correctional officer Gereld Crum and another c.o. handcuffed the Plaintiff and began escorting him to another cell on Range 4 in the SHU at U.S.P. Hazelton. (CONTINUE ON ATTACHED PAGES LABELED VI. STATEMENT OF CLAIMS)(Pages 9-15)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Medical Mkenzie, Grahm, Carr, Lt. Jenkins, Lt. Coakly, co. Wiles, c.o Wotrig, c.o. Deavers, co. McDuffy, Marshal c.o. Wales, c.o. Crum, c.o. Friend, and an unnammed officer, all of whom were BOP employees & S.I.S LT. Cruz, retired S.I.R.A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," please explain: All of the named employees were law enforcement officers employed by the BOP when claim 1 occured.

CLAIM 2: Intentional Infliction of Emotional Distress mental and physical distress Farmer feared he was going to be killed by said officers.

**Attachment A**

Supporting Facts: The facts for claim two are the same facts from claim one.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Medical Mimms, Grahm, Lt. Jenkins, Lt. Coakly, C.O. Wiles, C.O. Wotrig, C.O. Deavers, CO. Carr, Marshal McDuffy, C.O. Wales, C.O. Crum, C.O. Friend, and an unnamed C.O., all of whom were BOP employees.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☑ Yes        ☐ No

If your answer is "YES," please explain: All of the named employees were law enforcement officers employed by the BOP when claim 2 occured

CLAIM 3: Negligence, Gross Negligence, torture, traumatic injury, intentional infliction of mental, emotional psychological and physical distress.

Supporting Facts: The facts for claim three are the same as the facts for CLAIM 3 with the addition of the following facts: (CONTINUE ON ATTACHED PAGES LABELED VI. STATEMENT OF CLAIM)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Medical Mkenzie, Grahm, Mimms, Lt. Jenkins, Lt. Coakly, C.O. Wiles, C.O. Wotrig, C.O. Deavers, C.O. Co. Marshal McDuffy, C.O. Wales, C.O. Crum, C.O. Friend, and an unnamed C.O., CO. Carr all of whom were BOP employees. & S.I.S Cruz & retired S.I.A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☑ Yes        ☐ No

**Attachment A**

If your answer is "YES," please explain: All of the named employees were officers, who were all employeed by the "Federal Bureau of Prisons" (FBOP) when claim 3 occurred.

CLAIM 4: C.O. LT. CARR caused Farmer Intentional infliction of emotional, mental and physical distress on 2/17/22 when he and others used gross negligence and torture, felionous assault.

Supporting Facts: On 2/17/22 — 2/18/2022 LT. Carr and others et al forced Farmer to be in 24 hr restraints handcuffed, shackles belly chain maliciously and sadistcly applied restraints to inflict pain as punishment, denied restroom break and meal break causein permanent injuries mental & physically.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
LT. Carr and et al, B. Jenkins, Medical nurses Hana, Mkenzie, & Htigh of whom were BOP employees.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," please explain: All employeed employees LT. Carr, B. Jenkins, et al are all law enforcement officers employeed by the BOP and were officers of the U.S.P Hazelton- when this claim 4 occurred.

CLAIM 5: BOP Director, Regional Direct J.C. Petrucci, Warden of USP Hazelton complex R. Hudgins, AW Gabby, retired S.I-A, Captain Nicmeyei S.I.S LT. Cruz used gross negligence, turning a blind eye. to said officers Coakly, Jenkins et al. beating prisoners.

Supporting Facts: These officials in claim 5 pertains to claims 1-5 that they failed there duty to take reasonable measures to guarantee the safety of Farmer and others by having actual knowledge of prisoners and Farmer being beaten by staff Jenkins/coakly.et al. (CLAIM 5 Continued on page 19 of 29)

# VI. STATEMENT OF CLAIM

## Supporting Facts for Claim 1 Continued :

②. The plaintiff Mr. Farmer while in the (SHU) " Special housing Unit" in U.S.P Hazelton on four range approx. 8:00 Am CO Gereld Crum and unamed officer was moving Farmer from one cell to the next cell as Farmer was handcuffed behind his back while holding his property tied in his sheet, the unamed officer stated to Mr. Farmer, Qoute: " I'm not R-Kelly, I will Kill you U.S.P Hazelton West Virgina Style," Co Gereld Crum immediately began to use ( unreasonable risk) to violated substantial Due process rights causing Farmer injury by slamming him into the hard concrete floor with (" intervening force) to worsen Farmer back pain, hurting his shoulder, unamed officer began bending Farmer leg toward his head as he is restrained causing ( Tortious) (bodily pain) all caught on 4 range camera. which was clear and convincing that Defendants use unlawful force for Farmer posed no threat for officers to slam Mr. Farmer, using (intervening force):

③. LT. Cockly and responding officers placed Farmer in a burritto wrap and removed Farmer off of four range and into the dry cell ⟶

were officers tossed Farmer onto the concrete floor stripping off all his clothes placing handcuffs behind his back and shakles on his ankles with using (intention) maliciously over tightening the restraints to intentionaly inflict pain and suffering on Mr. Farmer.

LT, Coakly and other officers Wotrig, wiles etc-- as co Wotrig recording on hand held camera began escorting Farmer to one range, cell one, in which Coakly left the cell and then;]

④. " LT. B. JENKINS entered the cell along with Deavers/McDuffy/ friend/ Wotrig stood as spectators, Jenkins told Wotrig to shut the camera off and Jenkins Ordered Farmer to stand infront of him Immediately Farmer told Jenkins he didn't do anything, Jenkins with naked fist Caused harm, trauma, traumatic injury breaking Farmers nose "left side bony nasal-Septal spur, busted bottom lip, black eyes lumps and bruises throughout Farmer's head and face, even busting, rup rupturing Farmers left ear drum, (These injuries can be reviewed by medical records documented on 6/16/2021 accession No. # 202 # BOP00265162). Jenkins repeatedly with both hands beaten Farmer

10 of 29

5) Defendants correctional officer's (Wiles) (friend), (Deavers), (McDuffy)(Wotrig) failed to intervene, stop, Jenkins brutal attack on Farmer despite Farmers screams for help. By failing to intervene these Defendant's are guilty of (use of force) as they Aid and abet Jenkins as he caused Farmer "HARM" and (traumatic injury) which included emotional distress form of injury, resulting from tortious actions = "Variously, mental suffering, mental anguish, nervous shock, which also included all highly unpleasent mental reactions, e.g., fright, horror, grief, Shame, embarrasement, anger, chargin, disappointment, and worry; This emotional distress was so extreme it is liability and Farmer was sure he was going to be killed, by said officers as he was brutaly being beaten by Jenkins with his naked fist As said defendants was watching as spectators not once trying to intervene as the required hand held camera was shut off per Jenkins order to CO wotrig. This (use of force) clearly was not justified for Farmer was already handcuffed behind his back with shakles posing no threat for the six officers also in the cell one on One range with Farmer.]

11 of 29)

6. After force was used to punish Farmer, Correctional officers Wiles & Friend ordered Farmer to stand up face the back was as they entered the cell charging in ramming Farmer into the wall inflicting pain on him as he was already handcuffed behind his back and in shakles, such use of force caused Farmer physical pain with emotional distress.

7. Defendant LT. Coakly and others entered the cell, Coakly ordered Farmer to sit on the bed not to move as officers uncuffed one cuff placing handcuffs in front as Coakly and others placed belly chain, black box on and before this was completed Coakly ask some officer for a cigerate, one officer think (Wiles) said here with a chuckle laugh, Coakly said Qoute; " Remember those two people you Killed? I immediatly proffessed my innocence then I felt my grown being touched and two Sharpe pains I screamed out to officers. Coakly and others applied the full restraints causing torture, bodily harm, recklessly endangering Farmer, causing him seriously bodily harm with wilful intentional and deliberate conduct applying over tighten restraints using actual malice; 《12 of 29》

**8**  Defendants COs Wiles/friend ordered Farmer to stand up, face the wall as they entered the cell rushing in ramming Farmer Into the back wall repeatedly to cause harm to Mr. Farmer as he was in handcuffs Shakles, belly chain, black box that Coakly applied on over tighten for purpose of causing Farmer harm as punishment, Defendant "Jenkins entered the cell encouraging Farmer to head butt him or spit on him So he can kill Farmer, falseify a incident report and get away with it, "only if you knew?" Jenkins were bending Farmers fingers thumbs inflicting pain/suffering then Farmer said he quit, I'm done, Jenkins said "No were not done yet" further stated "I'm a special type of LT." This was a reckless disregard for Farmers safety, was reckless-ness unnecessary wanton infliction of pain, with wanton conduct with Defendants state of mind which disregarded the possibility and probability of injurious consequences. Jenkins acts were unlawfull, torture, barbarous punishment, and Diabolic, Inhumane which caused intentional infliction of mental emotional, physical, pyschological distress.]

**9** Defendant(s) LT. Carr, and Marshal throughout 6/6/2021 - 6/7/2021 entered the cell Farmer was in for complaints from Mr. Farmer to Co Roush, Walbaugh of the restraints being applied to tight causing his hands, fingers to swell and causing discoloring of Farmers skin to purple blue, even the finger nails Same for Farmer's & feet, toes, toe nails. LT. Carr would not loosen the restraints as Farmer plead to Carr & Marshal to loosen the restraints. Medical Thorpe, Grahm and Mckenzie would not loosen restraints.

Later on 6/07/2021 Carr with Marshal entered the cell as Farmer was semi conscience laying in his urine and feces, Farmer beg Carr to loosen the restraints, ultimetly, carr done so but first told Marshal not to tell Coakly.

These punishable actions by Correctional officers, Coakly over applied restraints was torture, barbarous & biabolical punishment that caused Farmer trauma & traumatic injury and simply was gross negligence, for Farmer was fully restrained 24 hrs, denied any relief from restraints to eat or to use restroom. This caused intentional infliction of mental, emotional & physical distress.]                    14 of 29)

(10) Medical nurses Mkenzie, Grahm entered Cell one, one range turning a blind eye to the physical injuries such overtighten restraints failing to ~~loosen~~ have the restraints loosend due to the circulation in Farmers hands, fingers, feet, toes causing discoloring of the skin. Nurses turned blind eye to these injuries, Caused Farmer seriously bodily injury, and was recklessness wanton conduct with their state of mind which disregards the ~~prob~~ possibility and evident probability of injurious consequence so evident even to the naked eye. This wilful misconduct with reckless disregard of Farmers health, safety which nurse Mkenzie, grahm and Hana, and Mimms were wilful intentional & deliberate conduct that shocks the conscience and afford[s] brutality the cloak of law.

Nurses Mkenzie/Grahm/Hana/Mimms caused Farmer intentional infliction of mental emotional, physical & pyschological pain by turning a blind eye allowing the Correctional officers to inflict pain/suffering and harming Farmer. Medical avoided taking pictures of Farmers injuries, Farmer asked Mkenzie to take pictures of Farmers injuries he said Qoute: " We can't it's the goverment man"!

15 of 29)

# VI. STATEMENT OF CLAIMS

## SUPPORTING FACTS FOR CLAIM 3 CONTINUED

1. Each employee named and et al, had a non-discretionary statutory duty to identify and appropiately respond to incidents that involve the unique needs of inviduals "Farmer" Serious mental illness (SMI) Disorders, and that duty was breached, which resulted in the plaintiff sustaining dozens of injuries from being batterd, and being a victum of felinous & aggrivated assaults, and also being a victum of intentional infliction of mental and emotional distress fearing said defendants were going to kill him as officers watched him being physicaly assaulted as he was physicaly restrained in full restraints posing no threat to any officer, causing Farmer to suffer physical injuries, bleeding and in full restraints that was applied on Farmer so tight for soul purpose to cause him physical harm as a form of punishment.

(16 of 29)

(2). Each employee named for claim 3 et al, also had a non-discretionary statutory duty to provide for the protection, and safe keeping of the plaintiff Mr. Farmer, and that duty was breached as supported by the evidence with all factual merits beyond a prepoundernce of evidence all of which resulted in the plaintiff Mr. Farmer sustaining dozens of injuries from being batterd, and becoming a victum from the FBOP employees with physical and mental injuries with Intentional mental, emotional distress.

(3). The plaintiff Mr. Farmer is diagnosed with a total of Sixteen serious mental illness disorders, which Farmer is classified in classification as being Care level three, but the plaintiff Mr. Farmers unique needs were ignored on 06/06/2021 approx 8:00 Am – 06/07/2021 approx. 8:00 Am.

See attached page 18 next page of plaintiff ← Mr. Farmers Sixteen mental illness disorders →

# Bureau of Prisons
## Psychology Services
### Clinical Intervention - Individual Therapy

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FARMER, JEREMIAH SHANE | | | Reg #: | 16931-027 |
| Date of Birth: | | Sex: M | Facility: HAZ | Unit Team: C | |
| Date: | 05/10/2022 09:14 | Provider: Seymour, C. PsyD. | | | |

## Focus of Session

Mr. FARMER was seen off-range for his weekly CARE3-MH individual therapy session.

## Subjective/Objective Presentation

Mr. FARMER reported he has been "good," and looked forward to his transfer to another institution. He noted he tended to experience interpersonal issues with others, but denied any within the past week. However, he was willing to have a discussion regarding his interpersonal issues through a Wise Mind exercise. Additionally, Mr. FARMER endorsed a history of auditory hallucinations (ie people calling his name), however, he denied any associated distress, and denied experiencing any AVH during his session with this writer.

Inmate FARMER was oriented to person, time, place, and situation. Hygiene and grooming were appropriate, as was their eye contact. He displayed appropriate affect, which was matched by his mannerisms. No psychomotor agitation or retardation was observed. Speech rate, volume, and content were all appropriate. His thoughts were clear and free from delusional content. The inmate endorsed a history of auditory hallucinations, but denied any current AVH and did not appear to be responding to internal stimuli. His thought process was linear and goal directed. Judgment and insight were fair. He denied any appetite or sleep disturbances. There were no apparent memory deficits which impeded his ability to participate in this contact. Inmate FARMER denied any suicidal ideation, intent, or plan, and did not appear to be in acute distress.

## Intervention(s)

Wise Mind exercise

## Progress/Plan

Mr. FARMER will remain CARE3-MH, and will be seen weekly. In addition, he will have regular access to Psychology Services via routine SHU rounds and reviews.

## Diagnosis:

Adhd:  Combined Presentation, F90.2 - Current

Alcohol Use Disorder:  Mild, F10.10 - Current

Cannabis Use Disorder, Moderate, F12.20*a - Current - *Based on Forensic Evaluation 6/2018*

Generalized Anxiety Disorder, F41.1 - Current

Insomnia Disorder, G47.00*b - Current

Non-Rapid Eye Movement Sleep Arousal Disorder:  Sleep Terror Type, F51.4 - Current

Opioid Use Disorder: Severe, F11.20*b - Current

Other Hallucinogen Use Disorder:  Moderate, F16.20*a - Current

Other Specified Trauma- And Stressor-Related Disorder, F43.8 - Current

Phencyclidine Use Disorder:   Moderate, F16.20*c - Current

Restless Legs Syndrome, G25.81 - Current

Stimulant Related Disorders: Moderate: Cocaine, F14.20*b - Current - *Based on Forensic Evaluation 6/2018*

Unspecified Inhalant-Related Disorder, F18.99 - Current

Unspecified Schizophrenia And Other Psychotic Disorder, F29 - Current

Antisocial Personality Disorder, F60.2*b - Current

Borderline Personality Disorder, F60.3 - Current



claim 5 continuation from page 8 of 29 ;

~~Continue~~

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

BOP Director, regional Director J.C. Petrucci, Complex warden R. Hudgins AW Gabby, retired Silia, SIS LT. Cruz, Captain Niemeyer all of whom were BOP employees

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain: All the named employees in claim 5 were law enforcement officers employeed by the BOP and are all & high ranking BOP employees that failed to take reasonable measuers to ensure the safety af Mr. Farmers health and failed to do so.

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. Severe intentional infliction of emotional, mental, physical & pyschological distress. Permanent scars from restraints, broken left side bony nasal septal spur, ruptured busted left ear drum, busted bottom lip, two black eyes, scar on penis, two hernias and or cyst in stomach from over tighten belly chain, lumps and bruises on head and face, victum of mail fraud resulting in the previous civil Bivens getting dismissed.

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

The plaintff request $4,000,000 in punitive damage; $900,000 in compasatory damages, $900,000 in nominal damages, and criminal referal to the (DOJ) for all federal/state laws that were violated and discavered, receive medical attention for his physical injuries he sustained and due to plaintff being diagnosed with serious mental illness disorders appoint him a attorney for further proceedings.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __ADX_____ on _____.

(Location)                                             (Date)

_Jeremiah S. Farmer_____

Your Signature

Jeremiah S. Farmer
#16931-027
U.S. Penitentuary ADX
P.O. Box 8500
Florence, Co
81226

20 of 21

Attachment E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JEREMIAH SHANE FARMER

_____

*Your full name*

v.                                    Civil Action No.: ___5:22cv320___

UNITED STATES OF AMERICA

### Certificate of Service

I, __Jeremiah Farmer__ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing __FTcA Complaint__ (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

_____ (insert date here):

(List name and address of counsel for the defendant) DEFENDANT HAS NOT YET OBTAINED COUNSEL FOR THIS CASE.

Jeremiah S. Farmer
(sign your name)
#16931-027
U.S. Penitentiary
P.O. Box 8500
Florence, Co 81226.

*United States District Court*    (29 of 29)    *Northern District of West Virginia-2013*